**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00768-CMA-KLM

VANESSA KING,

      Plaintiff,

v.

FMA ALLIANCE, LTD., a Texas limited partnership,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court, having reviewed the Notice of Dismissal with Prejudice (Doc. # 5) and pursuant to Fed.R.Civ.P. 41(a)(1)(i), and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: April 24, 2009

                                    BY THE COURT:

                                    *Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge